

**Lawrence M. Kaye**
Partner
212.592.1410
212.545.3331
lkaye@herrick.com

November 29, 2022

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Republic of Turkey v. Christie's, Inc., et al.*, 21-2485

Dear Ms. Wolfe:

We represent Appellant the Republic of Turkey in the appeal referenced above. Oral argument is scheduled for December 7, 2022 at 10:00 am. I write to respectfully request permission to bring an electronic device (laptop computer) into the courtroom for use by me and my colleague, Yael M. Weitz, who is also appellate counsel of record during the hearing to access and view the record.

Respectfully submitted,

*s/ Lawrence M. Kaye*

Lawrence M. Kaye
*Counsel for Appellant Republic of Turkey*

cc:   All Counsel of Record via ECF